IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID HELDMAN | ) |
| | ) |
| v. | ) NO. 3-10-1001 |
| | ) JUDGE CAMPBELL |
| KING PHARMACEUTICALS, INC. | ) |

ORDER

Pending before the Court is Defendant's Motion to Transfer Venue (Docket No. 11). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE