IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID HELDMAN )
) No. 3-10-1001
v. )
)
KING PHARMACEUTICALS, INC. )

O R D E R

The parties' joint motion to stay discovery (Docket Entry No. 81) is GRANTED, and the parties' agreed order (Docket Entry No. 81-1) is contemporaneously entered.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge