# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **DAVID HELDMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:10-cv-01001 |
| | ) | |
| v. | ) | |
| | ) | **District Judge Kevin H. Sharp** |
| **KING PHARMACEUTICALS, INC.,** | ) | **Magistrate Judge Juliet Griffin** |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

Now come the parties, by and through counsel, and file this agreed order regarding the conduct of fact discovery in this matter.

There being no objection, prejudice to the parties, or undue delay in the resolution of this matter, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Discovery in this matter between the parties is hereby STAYED pending resolution of the Plaintiff's Motion for a Protective Order, which was filed with the Court on July 29, 2011. Plaintiffs' obligation to respond and produce discovery responsive to defendant's First Set of Requests for Production of Documents pursuant to Magistrate Judge Griffin's Order of August 2, 2011 is also stayed pending resolution of the Plaintiff's Motion for a Protective Order;

2. Ten (10) days after the Court issues a ruling on Plaintiff's Motion for Protective Order, Defendant shall respond and produce discovery responsive to items 1-14 in the Plaintiffs' Second Set of Requests for Production of Documents, and Plaintiffs shall respond and produce discovery responsive to defendant's First Set of Requests for Production of

Documents, as it pertains to the plaintiffs mentioned in Magistrate Judge Griffin's Order of August 2, 2011;

3. Thirty (30) days after the Court issues a ruling on Plaintiff's Motion for Protective Order, Defendant shall respond and produce discovery responsive to item 15 in the Plaintiffs' Second Set of Requests for Production of Documents;

4. Within seven (7) days after the Court issues a ruling on the Plaintiff's Motion for Protective Order, the parties shall submit to the Court an agreed order which establishes deadlines for the parties' responses to all other outstanding discovery requests.

IT IS SO ORDERED this 9th day of August, 2011.

Enter:

Dated: August 10, 2011

_____
Magistrate Judge

Submitted for approval by:

**/s/ Joe P. Leniski, Jr.,**
Joe P. Leniski, Jr., (TN Bar #22891)
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North
Nashville, TN 37201
(615) 254-8801
jleniski@branstetterlaw.com

*Attorneys for Plaintiffs*

Approved for Entry:

**/s/ Kelly S. Gooch,**
Kelly S. Gooch, (TN Bar #014325)
William Anthony
David R. Golder
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
goochk@jacksonlewis.com

*Attorneys for Defendant*

2

211851