IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID HELDMAN )
) No. 3-10-1001
v. )
)
KING PHARMACEUTICALS, INC. )

O R D E R

The plaintiff's unopposed motion to reset hearing (Docket Entry No. 90) is GRANTED.

The hearing, scheduled by order entered August 1, 2011 (Docket Entry No. 80), on August 25, 2011, is rescheduled to **Friday, September 2, 2011, at 10:00 a.m.,** to be initiated by plaintiffs' counsel, to address the plaintiff's motion to amend (Docket Entry No. 70) and the plaintiff's motion for a protective order (Docket Entry No. 75).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge